IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLEN GLENN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GIRMA ABEBE TEKLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 3:19-CV-1049-C-BH |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Defendants' Motions to Dismiss should be granted and that Plaintiff's Complaint should be dismissed with prejudice as to all Defendants. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendants' Motions to Dismiss are hereby **GRANTED** and Plaintiff's Complaint is **DISMISSED** with prejudice.[1]

SO ORDERED this 28th day of January, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendants' Alternative Motions for a More Definite Statement are hereby **DENIED AS MOOT**.