IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLEN GLENN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GIRMA ABEBE TEKLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 3:19-CV-1049-C-BH |

## <u>ORDER</u>

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge therein advising the Court that Defendants' Motions to Dismiss should

be granted and that Plaintiff's Complaint should be dismissed with prejudice as to all

Defendants.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or

specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C.

§ 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the

subject of a timely objection will be accepted by the Court unless they are clearly erroneous or

contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that

Plaintiff's objections should be **OVERRULED**.[2] The Court has further conducted an

independent review of the Magistrate Judge's findings and conclusions and finds no error. It is

---

[1] Plaintiff filed objections to the Magistrate Judge's Report and Recommendation on February 7, 2020.

[2] To the extent Plaintiff requests that an evidentiary hearing be held, the Court is of the opinion that the same should be **DENIED**.

therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby

**ADOPTED** as the findings and conclusions of the Court.  For the reasons stated therein,

Defendants' Motions to Dismiss are hereby **GRANTED** and Plaintiff's Complaint is

**DISMISSED** with prejudice.[3]

SO ORDERED this _12th_ day of February, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[3] Defendants' Alternative Motions for a More Definite Statement are **DENIED AS MOOT**.